IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SAMUEL LEWIS FOWLER,**  *Plaintiff,*  v.  **STATE OF GEORGIA,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:20-cv-171-TES-CHW** |

**ORDER**

*Pro se* Plaintiff Samuel Lewis Fowler, a prisoner at Johnson State Prison in Wrightsville, Georgia, filed a 42 U.S.C. § 1983 action. [Doc. 1]. On October 14, 2020, the Court ordered Plaintiff to file an amended complaint and provided specific instructions regarding how to do so. [Doc. 16]. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. [*Id*.]. Plaintiff failed to respond.

Therefore, on November 16, 2020, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims. [Doc. 18]. The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond. [*Id*.]. Plaintiff was again given fourteen (14) days to respond, and he failed to do so.

Because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* FED. R. CIV. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing FED. R. CIV. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 7th day of December, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**