# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **SAMUEL LEWIS FOWLER,**  *Plaintiff,*  v.  **STATE OF GEORGIA,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:20-cv-171-TES-CHW** |

## ORDER

The United States Magistrate Judge recommends that Fowler's motion [Doc. 41]—construed as a motion seeking preliminary injunctive relief—be denied. *See* [Doc. 50]. Fowler was given 14 days to file objections to the Report and Recommendation ("R&R"). [*Id.* at p. 2]. Because Fowler has not filed objections, the Court will review the R&R for clear error. *See* 28 U.S.C. § 636(b)(1). Finding no clear error with the Magistrate Judge's recommendation, the Court **ADOPTS** the R&R [Doc. 50] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Fowler's motion for preliminary injunctive relief [Doc. 41] is **DENIED**.

**SO ORDERED**, this 7th day of June, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**