IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **SAMUEL LEWIS FOWLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No: 5:20-cv-00171 (TES) (CHW) |
| | : | |
| Warden **CLINTON PERRY JR,** *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| **Defendants.** | : | |

## ORDER

Plaintiff has filed an *ex parte* motion for discovery (Doc. 93), requesting the Court's permission to seek the production of several categories of documents from Defendants. Plaintiff has shown no reason why this motion needed to be filed *ex parte*. Furthermore, he has not described any attempts to request this information from Defendants or set forth any reasons why the requests are not obtainable through the normal channels of discovery under the Federal Rules of Civil Procedure. Plaintiff's *ex parte* motion for discovery (Doc. 93) is therefore **DENIED**.

**SO ORDERED**, this 25th day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge