IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMUEL LEWIS FOWLER, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-171-CAR-CHW |
| | * |
| Warden CLINTON PERRY JR, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 4, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk